FILED _____ _____ ENTERED
_____ LOGGED _____ RECEIVED

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT SEP 0 2 2014

for the

District of Maryland

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rony Leonel Deleon | ) | Case No. |
| | ) | 14-1939SAG |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 27, 2014_____ in the county of _____Baltimore_____ in the
_____ District of _____Maryland_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec. 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent J. Matthew Kazlauskas, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____08/29/2014_____

_____
Judge's signature

City and state: _____Baltimore, Maryland_____

Stephanie A. Gallagher, U.S. Magistrate Judge
_Printed name and title_

## THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

### AFFIDAVIT

I, Special Agent J. Matthew Kazlauskas, with the Federal Bureau of Investigation (FBI), Baltimore Division, Baltimore, Maryland

1.      I have been employed as a Special Agent of the FBI for approximately six years, and currently assigned to the Baltimore Violent Crimes Task Force.  Among my responsibilities are the investigation, apprehension, and arrest of Violent Crime Offenders and Fugitives.  This affidavit is in support of a criminal complaint and arrest warrant charging Rony Leonel DELEON, date of birth (DOB), February 6, 1983, with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States code, Section 1073.

2.      This affidavit is intended to show that there is sufficient probable cause for the requested complaint and arrest warrant.  This affidavit does not purport to set forth all my knowledge or all investigation information in this matter.  The facts set forth in this affidavit are base upon information obtained from investigative reports, interviews, and debriefings with other law enforcement officers and witnesses.  The facts set forth in this affidavit are also based upon my participation in this investigation, including my personal knowledge, observations, training, and experience.

3.      On August 27, 2014, an arrest warrant was issued by the Office of the State's Attorney for Baltimore County, Maryland, for DELEON, a resident alien from Guatemala, for First and Second Degree Assault.  The warrant stemmed from the stabbing of Jose Contreras that occurred outside of his (DELEON's) residence, 3068 Bero Road, Landsdown, on the same day (August 27, 2014), at approximately 7:30 a.m.

4.      On August 27, 2014, at approximately 8:38 a.m., DELEON, who, at the time, was making deliveries for his employer Fells Point Wholesale Meats (FPWM), was captured on surveillance cameras at a BP gas station in Washington, D.C.

5.      On August 27, 2014, at approximately 9:42 a.m., DELEON contacted a close friend and co-worker at FPWM, Wilmer Briuela.  Over the telephone, DELEON told Briuela that he "was in trouble" and "had a problem."  DELEON explained that he had "hurt someone."  Bruiela passed the information along to DELEON's supervisor at FPWM.  The supervisor then spoke with DELEON over DELEON's cellular telephones.  DELEON explained to his supervisor that the delivery truck that he (DELEON) was driving could be located at 3300 Fulton Street NW, Washington D.C.  After this conversation between DELEON and his supervisor, DELEON's

1

cellular telephone has not been used, and DELEON has not returned to his residence at 3068 Bero Road, Landsdown, Maryland since the time of the incident.

6.      Based upon the foregoing facts and circumstances, your affiant submits that there is probable cause to believe that the individual known as Rony Leonel DELEON has fled the state of Maryland, in violation of Title 18, U.S. Code, Section 1073, Unlawful Flight to Avoid Prosecution.


J. Matthew Kazlauskas, Special Agent
Federal Bureau of Investigation
Fugitive Task Force


Subscribed and sworn before me on this 29th day of August, 2014.


Stephanie A. Gallagher
United States Magistrate Judge


**14-1939SAG**

2