IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. 14-1939 SAG
:
RONY LEONEL DELEON :

..ooOoo..

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Maryland hereby dismisses the Complaint and warrant against the defendant in the above-captioned case.

Rod J. Rosenstein
United States Attorney

By _____
James T. Wallner
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Sept 3, 2014
Date

_____
The Honorable Stephanie A. Gallagher
United States Magistrate Judge

**Advice to U.S. Marshal**:
(check one)

_____ 1. Defendant is not in custody.
__X__ 2. Defendant is in custody and the USAO believes that:
_____    a. there is no reason to hold defendant further.
_____    b. the defendant should be held in Federal custody. (explain below)
__X__    c. the defendant should remain in State custody. (explain below)

DeLeon surrendered himself on related State charges.